FILED
CLERK, U.S. DISTRICT COURT

AUG 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CARILLO GONZALEZ, ) | NO. SA CV 01-729-DOC(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| GEORGE ORTIZ (Warden), ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 19, 2008

_____
DAVID O. CARTER
United States District Judge